S. R. BRIGHT, S. L. MURRAY AND ROBERT CRAWFORD, AS TRUSTEES OF AND FOR MT. CALVARY BAPTIST CHURCH OF JACKSONVILLE, DUVAL COUNTY, FLORIDA, INDIVIDUALLY AND AS MEMBERS OF, AND ON BEHALF OF THE MINORITY MEMBERSHIP OF MT. CALVARY BAPTIST CHURCH OF JACKSONVILLE, DUVAL COUNTY, FLORIDA, *Appellants,* v. JAMES MURRAY, *Appellee.*

Division B.

Decision Filed June 16, 1926.

An Appeal from the Circuit Court for Duval County; DeWitt T. Gray, Judge.

*Robert P. Crawford,* for Appellants;

No appearance for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the court upon the transcript of the record of

the order herein denying application for temporary restraining order, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said order denying application for temporary restraining order; it is, therefore, considered, ordered and adjudged by the Court that the said order of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD. P. J., AND TERRELL AND BUFORD, J. J., concur.